**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ADVANCED MICRO DEVICES, INC.,** | § | |
| *Plaintiff* | § | |
| **v.** | § | |
| | § | **Case No. 1:23-cv-00304-DAE-SH** |
| **POLARIS INNOVATIONS LIMITED,** | § | |
| *Defendant* | § | |
| | § | |

## SCHEDULING ORDER

The District Court referred this case to this Magistrate Judge to meet with all parties, discuss the scheduling deadlines submitted in the parties' Scheduling Recommendations (Dkt. 48), and enter a scheduling order. Dkt. 54. The Court held a scheduling conference on July 24, 2023, at which both parties appeared through counsel, and now enters this Scheduling Order pursuant to Federal Rule of Civil Procedure 16.

The parties shall serve the disclosures required by Rule 26(a)(1) by **October 6, 2023**.

1.      No report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed as the parties are already in direct communication regarding dispute resolution.

2.      The parties are already in direct communication regarding settlement and need not submit written offers.

3.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by **December 8, 2023.**

4.      All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **January 15, 2024**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P.

1

26(a)(2)(B) by **February 15, 2024**. All parties shall designate rebuttal experts and serve on all parties the material required by Rule 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within 14 days from the receipt of the report of the opposing expert.

5.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **14 days** from the receipt of the written report of the expert's proposed testimony, or within **14 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

6.      The parties shall complete all discovery on or before **April 5, 2024**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.      All dispositive motions shall be filed no later than **May 3, 2024**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (1) pages in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date**.

8.      The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

9.      The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

The Court further **ORDERS** that Defendant Polaris Innovations Limited's responses to the discovery requests Advanced Micro Devices, Inc. served before the scheduling conference shall be due **August 24, 2023**.

The Court finally **ORDERS** that this case be **REMOVED** from the docket of this Magistrate Judge and **RETURNED** to the docket of the Honorable David A. Ezra.

**SIGNED** on July 24, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE