# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC.,<br><br>Plaintiff<br><br>v.<br><br>POLARIS INNOVATIONS LIMITED,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-00304-DAE<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Advanced Micro Devices, Inc. ("AMD") and Defendant Polaris Innovations Limited ("Polaris") stipulate and agree to the dismissal of all claims in the above-captioned action, WITH PREJUDICE.

Further, the parties stipulate and respectfully ask that the Court enter the proposed Order of dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated:** February 7, 2024                                         Respectfully submitted,

| | |
|---|---|
| */s/ Kevin J. Meek*<br>Syed K. Fareed<br>Texas Bar No. 24065216<br>Kevin J. Meek<br>Texas Bar No. 13899600<br>Aashish Kapadia<br>Texas Bar No. 24097917<br>**MCDERMOTT WILL & EMERY LLP**<br>300 Colorado Street, Suite 2200<br>Austin, Texas 78701<br>Telephone: (512) 726-2600<br>Facsimile: (512) 532-0002<br>sfareed@mwe.com<br>kmeek@mwe.com<br>akapadia@mwe.com | */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>State Bar No. 00797142<br>**Nelson Bumgardner Conroy PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Tel: (817) 377-9111<br>ed@nelbum.com<br><br>Patrick J. Conroy<br>State Bar No. 24012448<br>Jonathan H. Rastegar<br>State Bar No. 24064043<br>David T. DeZern<br>State Bar No. 24059677<br>**Nelson Bumgardner Conroy PC** |

| | |
|---|---|
| Douglas H. Carsten (*pro hac vice*)<br>California Bar No. 198467<br>**MCDERMOTT WILL & EMERY LLP**<br>18565 Jamboree Road, Ste 250<br>Irvine, CA 92612-2565<br>Telephone: (949) 851-0633<br>Facsimile: (949) 851-9348<br>dcarsten@mwe.com<br><br>Cecilia Choy, Ph.D. (*pro hac vice*)<br>California Bar No. 331172<br>**MCDERMOTT WILL & EMERY LLP**<br>650 Live Oak Avenue, Ste 300<br>Menlo Park, CA 94025-4885<br>Telephone: (650) 815-7400<br>Facsimile: (650) 815-7401<br>cchoy@mwe.com<br><br>*Attorneys for Plaintiff*<br>*Advanced Micro Devices, Inc*. | 2727 N. Harwood St., Suite 250<br>Dallas, TX 75201<br>Tel: (214) 446-4950<br>pat@nelbum.com<br>jon@nelbum.com<br>david@nelbum.com<br><br>*Attorneys for Defendant*<br>*Polaris Innovations Limited* |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this stipulation.

>                */s/ Kevin J. Meek*
>                Kevin J. Meek

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on February 7, 2024 via the Court's CM/ECF system.

>                */s/Kevin J. Meek*
>                Kevin J. Meek

2