IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC.,<br><br>Plaintiff<br><br>v.<br><br>POLARIS INNOVATIONS LIMITED,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-00304-DAE<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Advanced Micro Devices, Inc. ("AMD") and Defendant Polaris Innovations Limited ("Polaris"). (Dkt. # 86.) In the Stipulation, the parties stipulate to dismissal with prejudice of all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, which the Court accepts and acknowledges, the Stipulation is hereby **GRANTED**. **IT IS THEREFORE ORDERED** that AMD's claims against Polaris and Polaris' counterclaims, if any, against AMD in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees.

The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

**IT IS SO ORDERED.**

Dated: February 9, 2024

THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE